DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MELQUAN MARQUAVLUS NESHI UNDERWOOD,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No. 2D22-2791

_____

September 1, 2023

Appeal from the Circuit Court for Manatee County; Lon Arend, Judge.

Howard L. Dimmig, II, Public Defender, and Susan M. Shanahan, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Alicia M. Winterkorn, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

     Affirmed.

KELLY, MORRIS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.